# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE MARILYN D. GO**     **DATE :  4 /18 /12**

**DOCKET NUMBER: 12 CR 264 (NGG)**     LOG # :  4:55 - 5:32

DEFENDANT'S NAME :   **JOHN SQUITIERI**
   ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL :  Ken Gribetz / Richard Pakola
   ___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A  **AMANDA HECTOR**     DEPUTY CLERK :  **F. CHIN**

INTERPRETER : _____ (Language)

___ Hearing held.   ___ Hearing adjourned to_____

✓ Defendant was released on  $500,000  PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

**2** Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start___   Stop ___

__X__ Order of Speedy Trial entered.   Code Type___   Start  4/18/12   Stop  5/1/12

__X__ Defendant's first appearance.   __X__ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

__X__ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

__X__ Status conference set for  **5/1/12  @ 2:30 PM**  before Judge  **GARAUFIS**

OTHERS : _____