MAY 1, 2012     60    MINUTES IN COURT
CRIMINAL CAUSE FOR STATUS CONFERENCE
2:30 P.M.
BEFORE: NICHOLAS G. GARAUFIS, U.S.D.J.
CR 12-264 (NGG)
USA V. IANNIELLO, et al.

COURT REPORTER: ANTHONY MANCUSO

| DEFENDANTS | | ATTORNEYS |
|---|---|---|
| 1. CONRAD IANNIELLO | B | KELLEY SHARKEY |
| 2. JAMES BERNARDONE | B | LAWRENCE DIGIANSANTE<br>By Joseph Benfante |
| 3. RYAN ELLIS | B | JAMES FROCCARO |
| 4. ROBERT FIORELLO | C | ANTHONY FUSCO |
| 5. PAUL GASPARRINI | B | JOSEPH BENFANTE |
| 6. RODNEY JOHNSON | B | MICHAEL HUGHES |
| 7. FELICE MASULLO | C | BRANDAN WHITE |
| 8. WILLIAM PANZERA | B | FRANK LUCIANNA |
| 9. ROBERT SCALZA | B | MICHAEL ROSEN |
| 10. JOHN SQUITIERI | B | KENNETH GRIBETZ<br>DEBORAH LOEWENBERG |
| 11. SALVESTER ZARZANA | B | JOSEPH MURE, JR. |

AUSA: AMANDA HECTOR / JACQUELYN KASULIS

OTHER: STATUS CONFERENCE HELD; DEFENDANTS FIORELLO AND MASULLO ARE ARRAIGNED AND PLEAD NOT GUILTY TO THE CHARGES CONTAINED IN THE INDICTMENT. DEFENDANT SQUITIERI'S BAIL CONDITIONS ARE MODIFIED TO INCLUDE TRAVEL TO BERGEN COUNTY, NEW JERSEY FOR MEDICAL APPOINTMENTS. THE DEFENDANT SHALL ADVISE PRE-TRIAL SERVICES IN WRITING OF ANY MEDICAL APPOINTMENTS IN BERGEN COUNTY, NEW JERSEY. NEXT STATUS CONFERENCE IS SCHEDULED FOR THURSDAY, JULY 12, 2012 AT 12:00 P.M. TIME IS EXCLUDED UNDER THE SPEEDY TRIAL ACT BETWEEN TODAY AND JULY 12, 2012 FOR REVIEW OF DISCOVERY AND PLEA NEGOTIATIONS ON CONSENT OF THE PARTIES.