

                        **U.S. Department of Justice**

*United States Attorney's Office*
*Eastern District of New York*

---

AH/JK
F.#2008R00052                 *271 Cadman Plaza East*
                             *Brooklyn, New York   11201*

May 21, 2012

<u>By US Mail and ECF</u>

Richard Stephen Pakola, Jr.
Gribetz & Lowenberg, PLLC
155 North Main Street
New City, NY 10956

             Re:   United States v. Conrad Ianniello, et al.
                   <u>Criminal Docket No. 12-264 (NGG)</u>

Dear Mr. Pakola:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the enclosed discovery bates stamped SQU000000001 - 166, which relates to work performed at the Paramount Hotel.  The government also reiterates its request for reciprocal discovery.

      If you have further questions or requests, please contact us.

                                       Very truly yours,

                                       LORETTA E. LYNCH
                                       UNITED STATES ATTORNEY

                          BY:    /s/_____
                                       Amanda Hector
                                       Jacquelyn Kasulis
                                       Assistant U.S. Attorneys
                                       (718) 254-6430/6164

cc:   Clerk of Court (NGG)