

**U.S. Department of Justice**

*United States Attorney's Office*
*Eastern District of New York*

AH/JK
F.#2008R00052

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 18, 2012

By US Mail and ECF

Richard Stephen Pakola, Jr.
Gribetz & Lowenberg, PLLC
155 North Main Street
New City, NY 10956

        Re:  United States v. Conrad Ianniello, et al.
             Criminal Docket No. 12-264 (NGG)

Dear Mr. Pakola:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the enclosed supplemental discovery bates stamped SQU000000167 - 320, which includes collective bargaining agreements executed by Local Union No. 7 and M & M Marble & Tile Inc.  The government also reiterates its request for reciprocal discovery.

      If you have further questions or requests, please contact us.

                          Very truly yours,

                          LORETTA E. LYNCH
                        UNITED STATES ATTORNEY

               BY:  /s/
                      Amanda Hector
                      Jacquelyn Kasulis
                      Assistant U.S. Attorneys
                      (718) 254-6430/6164

cc:  Clerk of Court (NGG)