

*U.S. Department of Justice*

*United States Attorney's Office
Eastern District of New York*

---

AH/JK
F.#2008R00052

*271 Cadman Plaza East
Brooklyn, New York 11201*

June 18, 2012

<u>By US Mail and ECF</u>

Richard Stephen Pakola, Jr.
Gribetz & Lowenberg, PLLC
155 North Main Street
New City, NY 10956

    Re: United States v. Conrad Ianniello, et al.
      <u>Criminal Docket No. 12-264 (NGG)</u>

Dear Mr. Pakola:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the enclosed supplemental discovery bates stamped SQU000000167 - 320, which includes collective bargaining agreements executed by Local Union No. 7 and M & M Marble & Tile Inc. The government also reiterates its request for reciprocal discovery.

  If you have further questions or requests, please contact us.

           Very truly yours,

           LORETTA E. LYNCH
           UNITED STATES ATTORNEY

        BY: <u>/s/        </u>
           Amanda Hector
           Jacquelyn Kasulis
           Assistant U.S. Attorneys
           (718) 254-6430/6164

cc: Clerk of Court (NGG)