

# GRIBETZ & LOEWENBERG, PLLC
## ATTORNEYS AT LAW

Kenneth Gribetz  
Deborah Wolikow Loewenberg  
*Admitted in New York*

Richard S. Pakola, Jr.  
Associate  
*Admitted in New York & Pennsylvania*

*VIA FACSIMILE COPY TO (718) 613-2540 AND ECF*

August 6, 2012

Honorable Nicholas G. Garaufis  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re:    **United States v. Conrad Ianniello, *et al*.**  
              **Criminal Docket No. 12-264 (NGG)**

Dear Judge Garaufis:

    Our client John Squitieri is recovering from an operation on his knee, for which there were numerous complications. According to his doctor, he "is restricted to place any unnecessary pressure or weight on his knee nor travel for extended periods of time until mid-Dec. 2012 when he will undergo another operation called an Allograph Reconstruction of the Exterior Mechanism after Total Knee Arthoplasty" (*see* enclosure, Letter from Dr. Asit Shah). Based upon this, we request that his appearance on September 28, 2012 be waived.

    Thank you for your consideration on this matter.

    If you have any questions, please contact me at (845) 634-9500.

                                          Very truly yours,

                                          KENNETH GRIBETZ, ESQ.

Enclosure

cc:    AUSA Amanda Hector (via ECF)  
       Co-Defendants' Counsel (via ECF)

# Englewood Orthopedic Associates

401 S. Van Brunt Street
Englewood, NJ 07631
(201) 569-2770
Fax: (201) 569-1774
www.englewoodortho.com

**Richard L. Salzer, M.D.**
*Sports Medicine and Total Joint Replacement*

**James R. Cole, M.D.**
*General Orthopedics and Spinal Disorders*

**Anne J. Miller, M.D.**
*Hand and Upper Extremity Surgery*

**Brian A. Cole, M.D.**
*Adult and Pediatric Spinal Surgery*

**Michael F. Pizzillo, M.D.**
*Hand & Upper Extremity Shoulder Surgery*

**Peter A. Salob, M.D.**
*Sports Medicine and Pediatric Orthopedics*

**Asit K. Shah, M.D., Ph.D.**
*Minimally Invasive Total Joint Replacement*

**Adam S. Becker, M.D.**
*Foot and Ankle Surgery*

**Damien I. Davis, M.D.**
*Hand & Upper Extremity Shoulder Surgery*

**Jessica Fleischer, M.D.**
*Osteoporosis and Metabolic Bone Disease*

**Julie Chita, D.P.T., OCS**
*Director, Physical Therapy*

**Edward Gulko, FACMPE, FACHE**
*Executive Director*

July 30, 2012

To Whom It May Concern:

Patient John Squitieri has been under my care since April 5, 2012 and will be under my care well into 2013.

Due to complications from Mr. Squitieri's recent May 30, 2012 knee revision and heterotopic ossification removal, Mr. Squitieri is restricted to place any unnecessary pressure or weight on his knee nor travel for extended periods of time until mid Dec. 2012 when he will undergo another operation called an Allograph Reconstruction of the Exterior Mechanism after Total Knee Arthoplasty. This procedure may take place in Boston, MA at Mass General and Mr. Squitieri would be required to travel to and from Boston for testing and preliminary consultations which would be prerequisites for this operation.

Thank you for your assistance with Mr. Squitieri's medical issues. Please feel free to contact me with any questions or concerns regarding this matter.

Very truly yours,

Asit Shah, MD