UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION OF JUDGMENT |
| -against- | Criminal Docket<br>No. CR-12-0264 |
| JOHN SQUITIERI, | (Garaufis, J.) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $2,025.00, that is, a fine in the amount of $2,000.00, and a special assessment in the amount of $25.00, on January 17, 2014, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on January 21. 2014; and

WHEREAS, said judgment has been fully paid as to the defendant JOHN SQUITIERI;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant JOHN SQUITIERI.

Dated:   Brooklyn, New York
         February 13, 2014

                                        LORETTA E. LYNCH
                                        United States Attorney
                                        Eastern District of New York
                                        271 Cadman Plaza East, 8th Fl.
                                        Brooklyn, New York 11201

                              By:       /s/
                                        BONNI J. PERLIN
                                        Assistant U.S. Attorney
                                        (718) 254-6264